IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:21-CR-3029 |
| vs. | ORDER |
| KELLY J. JABLONSKI, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion to Dismiss Forfeiture Allegation (filing 91). Pursuant to Fed. R. Crim. P. 48(a), leave of court is given for dismissal of the forfeiture allegation.

IT IS ORDERED:

1. The plaintiff's Motion to Dismiss Forfeiture Allegation (filing 91) is granted.

2. The forfeiture allegation of the indictment (filing 42) is dismissed.

Dated this 3rd day of November, 2021.

BY THE COURT:

John M. Gerrard
United States District Judge